UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                         MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −3)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 124 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 10, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Sandy Opacich, Clerk U.S. District Court
Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                 MDL No. 2804

### SCHEDULE CTO−3 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 1 | 17−00838 | Houston County, Alabama v. Purdue Pharma L.P. et al |
| ALM | 2 | 17−00836 | City of Greenville, Alabama v. Purdue Pharma L.P. et al |
| ALM | 2 | 17−00840 | City of Opp, Alabama v. Amerisourcebergen Drug Corporation et al |
| **ALABAMA NORTHERN** | | | |
| ALN | 3 | 17−02086 | The Town of Cherokee Alabama et al v. Purdue Pharma LP et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 17−81384 | City of Delray Beach v. Purdue Pharma L.P. et al |
| **GEORGIA NORTHERN** | | | |
| ~~GAN~~ | ~~1~~ | ~~17−04757~~ | ~~The County of Fulton v. Purdue Pharma, LP et al~~  Opposed 1/4/18 |
| **ILLINOIS CENTRAL** | | | |
| ILC | 3 | 17−03293 | People of the State of Illinois et al v. AmerisourceBergen Drug Corporation et al |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 17−01338 | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al |
| ILS | 3 | 17−01340 | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al |
| ILS | 3 | 17−01342 | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 17−04591 | CITY OF NEW CASTLE v. PURDUE PHARMA L.P. et al |

KANSAS

| | | | |
|---|---|---|---|
| KS | 6 | 17−01313 | Sedgwick County Board of Commissioners v. Amerisourcebergen Drug Corporation et al |

KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| KYE | 0 | 17−00130 | Rowan County Fiscal Court v. Amerisourcebergen Drug Corporation et al |

KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 1 | 17−00196 | The Fiscal Court of Allen County v. AmerisourceBergen Drug Corporation et al |
| KYW | 3 | 17−00727 | The Fiscal Court of Bullitt County v. AmerisourceBergen Drug Corporation et al |
| KYW | 4 | 17−00157 | The Fiscal Court of Hopkins County v. AmerisourceBergen Drug Corporation et al |

LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| ~~LAM~~ | ~~3~~ | ~~17−01766~~ | ~~Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana et al v. Purdue Pharma, LP et al~~   Opposed  1/10/18 |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 3 | 17−30175 | City of Greenfield, v. Amerisourcebergen Drug Corporation et al |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 4 | 17−00189 | Sunflower County, Mississippi v. Purdue Pharma, L.P. et al |
| MSN | 4 | 17−00190 | Humphreys County, Mississippi v. Purdue Pharma, L.P. et al |
| MSN | 4 | 17−00191 | Washington County, Mississippi v. Purdue Pharma, L.P. et al |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 2 | 17−00199 | Lawrence County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSS | 2 | 17−00200 | Jefferson Davis County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSS | 3 | 17−01012 | Rush Health Systems, Inc. v. McKesson Corporation et al |
| MSS | 5 | 17−00150 | Claiborne County, Mississippi v. Purdue Pharma, L.P. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 5 | 17−06141 | |

| | | | |
|---|---|---|---|
| | | | Buchanan County, Missouri v. AmerisourceBergen Drug Corporation et al |
| MONTANA | | | |
| MT | 4 | 17−00130 | County of Cascade v. Purdue Pharma et al |
| NEW JERSEY | | | |
| ~~NJ~~ | ~~2~~ | ~~17−13433~~ | ~~CITY OF PATERSON v. PURDUE PHARMA L.P. et al~~  **Opposed 1/10/18** |
| NORTH CAROLINA EASTERN | | | |
| NCE | 7 | 17−00241 | New Hanover County v. AmerisourceBergen Drug Corporation et al |
| NORTH CAROLINA MIDDLE | | | |
| NCM | 1 | 17−01085 | YADKIN COUNTY, NORTH CAROLINA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| NCM | 1 | 17−01114 | ROCKINGHAM COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| OHIO SOUTHERN | | | |
| OHS | 2 | 17−01064 | Darke County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| OHS | 2 | 17−01097 | Logan County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| OHS | 2 | 17−01102 | The City of Columbus v. PURDUE PHARMA L.P. et al |
| OHS | 2 | 17−01105 | Coshocton County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| OREGON | | | |
| **Opposed 1/10/18**  ~~OR~~ | ~~3~~ | ~~17−02010~~ | ~~County of Multnomah v. Purdue Pharma, LP et al~~ |
| PUERTO RICO | | | |
| PR | 3 | 17−02364 | Municipality of Guayanilla v. Purdue Pharma L.P. et al |
| PR | 3 | 17−02371 | Municipality of Loiza, Puerto Rico v. Purdue Pharma L.P. et al |
| TENNESSEE MIDDLE | | | |
| TNM | 2 | 17−00078 | Smith County, Tennessee v. Purdue Pharma L.P. et al |
| TEXAS EASTERN | | | |
| TXE | 4 | 17−00845 | County Of Hopkins v. Endo Health Solutions Inc. et al |

TEXAS SOUTHERN

| TXS | 4 | 17−03756 | County of Montgomery v Purdue Pharma LP |